# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DONOVAN SMITH,

          Plaintiff,

vs.

SAMANTHA EISENBERG, *et al*.,

          Defendants.

Case No. 2:16-cv-00618-JCM-CWH

**ORDER**

This matter is before the Court on Plaintiff Donovan Smith's ("plaintiff") Application to Proceed In Forma Pauperis (doc. # 1), filed March 17, 2016.

Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, plaintiff must complete an application to proceed in forma pauperis for prisoners, and attach both an inmate account statement for the past six months and a properly executed financial certification. Plaintiff has submitted the application form to proceed in forma pauperis, but has not completely filled out the form. Plaintiff also fails to include an inmate account statement for the past six months, along with a properly executed financial certification. Because the information provided for review is incomplete, this Court is unable to determine whether plaintiff can afford the filing fee required to pursue the instant action.

Accordingly, **IT IS HEREBY ORDERED** that plaintiff's Application to Proceed In Forma Pauperis (doc. # 1) is **denied without prejudice**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **mail** a blank application to plaintiff. Plaintiff shall have until **May 9, 2016** in which to submit a completed application that includes the information discussed in this order, or to pay the $400.00 filing fee. Failure to comply with this order will

1  result in a recommendation that this case be dismissed.

2  **IT IS FURTHER ORDERED** that the Clerk of Court shall retain plaintiff's complaint.

3  DATED: April 18, 2016

_____
**C.W. Hoffman, Jr.
United States Magistrate Judge**