1
2
3
4
5
6
7
8                           **UNITED STATES DISTRICT COURT**
9                                   **DISTRICT OF NEVADA**

10  DONOVAN SMITH,                          )
                                            )   Case No. 2:16-cv-00618-JCM-CWH
11                  Plaintiff,              )
    vs.                                     )   **ORDER**
12                                          )
    SAMANTHA EISENBERG, *et al*.,           )
13                                          )
                    Defendants.             )
14  _____)

15      This matter is before the Court on Plaintiff Donovan Smith's ("plaintiff") renewed Application to

16  Proceed In Forma Pauperis (doc. # 6), filed May 9, 2016.

17      Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, plaintiff must complete an application to

18  proceed in forma pauperis for prisoners, and attach both an inmate account statement for the past six

19  months and a properly executed financial certification.  Plaintiff has submitted a renewed application to

20  proceed in forma pauperis, but has not completely filled out section 2 of the application form.  Because the

21  information provided for review is incomplete, this Court is unable to determine whether plaintiff can

22  afford the filing fee required to pursue the instant action.

23      Accordingly, **IT IS HEREBY ORDERED** that plaintiff's renewed Application to Proceed In

24  Forma Pauperis (doc. # 6) is **denied without prejudice**.

25      **IT IS FURTHER ORDERED** that the Clerk of Court shall **mail** a blank application to plaintiff.

26  Plaintiff shall have until **June 6, 2016** in which to submit a completed application that includes the

27  information discussed in this order, along with plaintiff's inmate account statement for the past six months

28  and a properly executed financial certification, or pay the $400.00 filing fee.  Failure to comply with this

1 | order will result in a recommendation that this case be dismissed.

2 |     **IT IS FURTHER ORDERED** that the Clerk of Court shall retain plaintiff's complaint.

3 | DATED: May 19, 2016

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**

2