# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

DONOVAN SMITH,

        Plaintiff,

    v.

SAMANTHA EISENBERG, et al.,

        Defendants.

Case No. 2:16-cv-00618-JCM-CWH

**REPORT & RECOMMENDATION**

On April 19, 2017, the court entered an order granting plaintiff Donovan Smith's application to proceed *in forma pauperis* and dismissing his complaint, with leave to amend. (Order (ECF No. 15).)  Plaintiff's deadline to file an amended complaint was thirty days after entry of the court's order, which fell on May 19, 2017.  (*Id.* at 3.)  Plaintiff has not taken any action in this case since the court's order dated April 19, 2017, and therefore appears to have abandoned this case.

Further, the United States Postal Service has returned as undeliverable the court's last two mailings in this case.  (ECF Nos. 17, 18.)  Thus, it appears that plaintiff is no longer at the address on file with the court.  Under, Local Rule IA 3-1:

> An attorney or pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney.  Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court.

The court will therefore recommend dismissal of plaintiff's case.

IT IS THEREFORE RECOMMENDED that plaintiff Donovan Smith's case be dismissed without prejudice.

## NOTICE

This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1).  A party who objects to this report and recommendation

may file a written objection supported by points and authorities within fourteen days of being

served with this report and recommendation.  Local Rule IB 3-2(a).  Failure to file a timely

objection may waive the right to appeal the district court's order.  *Martinez v. Ylst*, 951 F.2d

1153, 1157 (9th Cir. 1991).

      DATED: July 5, 2018

                                             _____

                                             C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE