# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DONOVAN SMITH, | Case No. 2:16-cv-00618-JCM-CWH |
| Plaintiff, | |
| v. | **ORDER** |
| SAMANTHA EISENBERG, et al., | |
| Defendants. | |

Presently before the court are plaintiff Donovan Smith's letters requesting the status of the case (ECF Nos. 20, 21, 22), filed on July 30, 2018, August 8, 2018, and September 10, 2018.

The court is in receipt of plaintiff's letters requesting the status of his case. Plaintiff is advised that on July 5, 2018, the court entered a report and recommendation (ECF No. 19), recommending that the case be dismissed without prejudice. A copy of the report and recommendation is attached to this order. Plaintiff is further advised that the report and recommendation is pending before the court, and that a decision has not been issued.

IT IS ORDERED that the clerk of court must send a copy of this order, and a copy of the report and recommendation (ECF No. 19), to plaintiff.

DATED: September 14, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE